## EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BARON WOLMAN<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LEE ENTERPRISES MISSOURI, INCORPORATED<br><br>　　　　　　　　　Defendant. | **STIPULATION OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 4:18-cv-1483** |

IT IS HEREBY STIPULATED that a settlement has been reached between Plaintiff Baron Wolman and Defendant Lee Enterprises Missouri, Incorporated, and that the above case should be dismissed with prejudice.

/s/ Richard P. Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: *12/8/2018*

*Attorneys for Plaintiff Baron Wolman*

/s/ Joseph E. Martineau (with consent)
Joseph E. Martineau
LewisRice, LLC
600 Washington Avenue, Suite 2500
St. Louis MO 63101
314-444-7729
JMartineau@lewisrice.com

*Attorneys for Lee Enterprises, Missouri, Inc.*